KAREN L. MORRIS
General Counsel
DANIEL S. LIEBMAN
Deputy General Counsel
KENNETH J. COOPER
Assistant General Counsel
NICOLE C. HAGAN
Deputy Assistant General Counsel
MARK R. SNYDER (CA Bar No. 109430)
Attorney
PENSION BENEFIT GUARANTY CORPORATION
445 12th St. S.W.
Washington, D.C.  20024-2101
Tel: (202) 229-3423
Email: Snyder.mark@pbgc.gov and efile@pbgc.gov

*Attorneys for Plaintiff Pension Benefit Guaranty Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pension Benefit Guaranty Corporation, as Statutory Trustee of the AAY LLC Defined Benefit Pension Plan,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Ashly A. Young,<br><br>　　　　　Defendant. | No. CV-23-00976-PHX-JJT<br><br>**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ASHLY A. YOUNG** |

　　　Plaintiff Pension Benefit Guaranty Corporation, as the statutory trustee of the AAY LLC Defined Benefit Pension Plan ("PBGC"), moves for a default judgment against Defendant Ashly A. Young ("Young") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.  In support of this motion, PBGC relies on the grounds set forth in its Memorandum in Support filed herewith.

　　　PBGC respectfully asks this Court to grant PBGC's Motion for Entry of Default Judgment Against Defendant Ashly A. Young.

| | |
|---|---|
| Dated:  August 14, 2023<br>          Washington, D.C. | /s/ Mark R. Snyder<br>KAREN L. MORRIS<br>General Counsel<br>DANIEL S. LIEBMAN<br>Deputy General Counsel<br>KENNETH J. COOPER<br>Assistant General Counsel<br>NICOLE C. HAGAN<br>Deputy Assistant General Counsel<br>Office of the General Counsel<br>MARK R. SNYDER<br>(CA Bar No. 109430)<br>Attorney<br>PENSION BENEFIT GUARANTY CORPORATION<br>445 12th St. S.W.<br>Washington, D.C.  20024-2101<br>Tel.: (202) 229-3423<br>Fax: (202) 229-6092<br>Emails:  Snyder.Mark@pbgc.gov and Efile@pbgc.gov |