# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pension Benefit Guaranty Corporation, <br> Plaintiff, <br> v. <br> Ashly A. Young, <br> Defendant. | No. CV-23-00976-PHX-JJT <br><br> **ORDER** |

At issue is Plaintiff's Motion for Entry of Default Judgment Against Defendant Ashly A. Young (Doc. 13). No response was filed by Defendant. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Entry of Default Judgment Against Defendant Ashly A. Young (Doc. 13).

**IT IS FURTHER ORDERED** that:

1. Plaintiff Pension Benefit Guaranty Corporation shall have judgment against Defendant Ashly A. Young in the amount of $12,309.95;

2. Plaintiff Pension Benefit Guaranty Corporation shall offset benefits Defendant is entitled to receive under the AAY LLC Defined Benefit Pension Plan by $12,309.95 pursuant to 29 U.S.C. § 1056(d)(4)(A)(ii); and

3. If Defendant Ashly A. Young has a spouse at the time at which the offset is made, such spouse retains the right to receive the survivor

annuity under a qualified joint and survivor annuity provided pursuant 29 U.S.C. § 1055(a)(1) and under a qualified preretirement survivor annuity pursuant to 29 U.S.C. § 1055(a)(2), determined in accordance with paragraph (5) of 29 U.S.C. § 1056(d).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter default judgment accordingly and close this matter.

Dated this 25th day of September, 2023.

Honorable John J. Tuchi
United States District Judge