# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pension Benefit Guaranty Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Ashly A Young,<br><br>    Defendant. | **NO. CV-23-00976-PHX-JJT**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Ashly A. Young in the amount of $12,309.95.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

September 25, 2023

                                          s/ Wendy Poth
                                 By   Deputy Clerk